## JACKSON *v.* THE STATE.

The act of September 7th, 1891, " to provide for the more speedy determination of criminal cases," having made the practice in reference to bills of exceptions in cases of injunctions applicable to bills of exceptions in criminal cases, the latter must be signed and certified within twenty days from the date of the judgment complained of. And it having been repeatedly ruled by this court in cases of injunction that this provision of the law is imperative and that no excuse will be heard for a failure to comply with the same, it follows that where a judgment refusing a new trial in a criminal case was rendered on the 2d day of August, and the bill of exceptions was not signed and certified until the 9th day of September thereafter, the writ of error must be dismissed, although the judge certifies that he was absent from the State from August

22d to September 7th, and that the bill of exceptions was presented to him immediately upon his return.  *Gray* v. *Field,* 60 *Ga.* 315 ; *Roberts* v. *Leonard,* 62 *Ga.* 209 ; *Hardin* v. *Swann,* 66 *Ga.* 244; *Sewell* v. *Edmonston, Id.* 353.  See, also, *Markham* v. *Huff,* 72 *Ga.* 106.
October 24, 1893.                    '          *Writ of error dismissed.*

E. F. HINTON and HUDSON & BLALOCK, by brief, for plaintiff in error.  C. B. HUDSON, solicitor-general, by HARRISON & PEEPLES, *contra.*

---

